# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Samuel Cox,

      Plaintiff,

v.

Commissioner Department of Human
Services,

      Defendant.

Case No. 26-CV-01983 (JMB/DTS)

**ORDER**

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate David T. Schultz dated April 3, 2026.  (Doc. No. 5.)  The R&R recommends that this action be dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B) and, consequently, that the pending motion to proceed in forma pauperis (Doc. No. 2) be dismissed as moot.  (*See id*.)  Neither party has objected to the R&R, and the time to do so has now passed.  *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 5) is ADOPTED.

2. This action will be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. The application to proceed in forma pauperis (Doc. No. 2) is DENIED as moot.

2

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 8, 2026                                    /s/ *Jeffrey M. Bryan*
                                                     Judge Jeffrey M. Bryan
                                                     United States District Court